| **Information to identify the case:** | |
|---|---|
| Debtor 1 **David E. Salazar** | Social Security number or ITIN **xxx–xx–1450** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Natalie M. Salazar** (Spouse, if filing) | Social Security number or ITIN **xxx–xx–9775** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **16–24603** | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David E. Salazar                                     Natalie M. Salazar

October 25, 2016                                 **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                    United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
David E. Salazar  
Natalie M. Salazar  
    Debtors

Case No. 16-24603-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: admin              Page 1 of 2                 Date Rcvd: Oct 25, 2016
                               Form ID: 318            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
```
db/jdb         +David E. Salazar,    Natalie M. Salazar,    347 S. Howard Avenue,    Roselle, IL 60172-2214
24764050       +ACE Collections,    PO Box 1025,    Arlington Heights, IL 60006-1025
24764051       +AHC Collections,    PO Box 1025,    Arlington Heights, IL 60006-1025
24764054       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
24764055       +Associated Pathology Consultants- E,    2634 Solutions Center,    Chicago, IL 60677-2001
24764067      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Home Depot Credit Services,    P.O. Box 78011,
                 Phoenix, AZ 85062-8011)
24764057       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
24764059       +Community First Medical Center,    5645 W Addison St,    Chicago, IL 60634-4403
24764061        Crescenza Lappo,    1770 Robin Walk Drive,    Apt. D,    Hoffman Estates, IL 60169-1130
24764063        Elmhurst Memorial Healthcare,    27535 Network Place,    Chicago, IL 60673-1258
24764064       +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
24764065        Geico Casualty Company,    One Geico Center,    Macon, GA 31296-0001
24764066       +Healthy Driven,    PO Box 140250,    Toledo, OH 43614-0250
24764071       +Marcela Avram,    601 Deepwood Road,    Barrington, IL 60010-8611
24764072       +Marian Abvam,    601 Deepwood Road,    Barrington, IL 60010-8611
24764073       +Med Business Bureau,    1460 Renaissance Dr,    Suite 400,    Park Ridge, IL 60068-1349
24764074       +Midland Credit Management,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
24764081       +NTB/CBSD,    CitiCards Private Label Centralized Bank,    Po Box 790040,
                 Saint Louis, MO 63179-0040
24764077       +Nationwide Credit & Coll,    Attn Collections/Bankruptcy,    815 Commerce Dr Ste 270,
                 Oak Brook, IL 60523-8852
24764078        Nissan Motor,    PO Box 742657,    Cincinnati, OH 45274-2657
24764079       +Nissan Motor Acceptance,    Nmac/Attn: Bankruptcy,    Po Box 660360,    Dallas, TX 75266-0360
24786386        Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
24764082       +OAC Collection Specialists,    Po Box 500,    Baraboo, WI 53913-0500
24764083        Pediatrix Medical Group,    PO Box 88087,    Chicago, IL 60680-1087
24764084        Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
24764085       +Personal Finance P32,    1151 S Lee St,    Des Plaines, IL 60016-6516
24764088       +RPW OB/GYN S.C.,    360 W. Butterfield Rd.,    #250,    Elmhurst, IL 60126-5098
24764089       +Star Smiles Ortho & Pediatric Denti,    148 E. Lake St.,    Bloomingdale, IL 60108-1182
24764094       +United Collection Bureau,    5620 Southwyck Blvd. Suite 206,    Toledo, OH 43614-1501
24764095       +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
24764097       +Vital Recovery Services, Inc.,    P.O. Box 923748,    Peachtree Corners, GA 30010-3748
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BDRBROWN.COM Oct 26 2016 01:48:00      David R Brown, ESQ,    Springer Brown, LLC,
                 300 South County Farm Road,    Suite I,    Wheaton, IL 60187-2453
24764052        EDI: GMACFS.COM Oct 26 2016 01:43:00      Ally,    PO Box 9001951,    Louisville, KY 40290-1951
24764053       +EDI: GMACFS.COM Oct 26 2016 01:43:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
24764056       +EDI: BANKAMER.COM Oct 26 2016 01:43:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
24764058        EDI: WFNNB.COM Oct 26 2016 01:43:00      Comenity Bank/Victoria Secret,    Po Box 18215,
                 Columbus, OH 43218
24764060       +EDI: CMIGROUP.COM Oct 26 2016 01:43:00      Credit Management, LP,    Attn: Bankruptcy,
                 Po Box 118288,    Carrolton, TX 75011-8288
24764062        EDI: DCI.COM Oct 26 2016 01:53:00      Diversified Consultants, Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
24764062        E-mail/Text: bankruptcynotices@dcicollect.com Oct 26 2016 02:24:44
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
24764068        EDI: IRS.COM Oct 26 2016 01:43:00      IRS,    PO Box 7317,    Philadelphia, PA 19101-7317
24764069       +EDI: CBSKOHLS.COM Oct 26 2016 01:43:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
24764070        E-mail/Text: bk@lendingclub.com Oct 26 2016 02:24:32      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
24764075       +E-mail/Text: mmrgbk@miramedrg.com Oct 26 2016 02:23:35      Miramed Revenue Group,
                 991 Oak Creek Dr,    Lombard, IL 60148-6408
24764076       +E-mail/Text: karaiza@mcsicollections.com Oct 26 2016 02:25:30      Municipal Collection Services,
                 P.O. Box 327,    Palos Heights, IL 60463-0327
24764080       +E-mail/Text: clientservices@northwestcollectors.com Oct 26 2016 02:22:31
                 Northwest Collectors,    3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
24764086       +EDI: RESURGENT.COM Oct 26 2016 01:53:00      Pinnacle Credit Services,    Po Box 640,
                 Hopkins, MN 55343-0640
24764090       +EDI: RMSC.COM Oct 26 2016 01:43:00      Synchrony Bank,    Po Box 965064,
                 Orlando, FL 32896-5064
24764091       +EDI: RMSC.COM Oct 26 2016 01:43:00      Synchrony Bank/ Old Navy,    Po Box 965064,
                 Orlando, FL 32896-5064
24764092       +EDI: RMSC.COM Oct 26 2016 01:43:00      Synchrony Bank/Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
```

```
District/off: 0752-1           User: admin              Page 2 of 2            Date Rcvd: Oct 25, 2016
                               Form ID: 318             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
24764093       +EDI: WTRRNBANK.COM Oct 26 2016 01:43:00     Target,   C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
24764096       +EDI: WFNNB.COM Oct 26 2016 01:43:00      Victoria's Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24764087     ##+Recovery One Llc,   5100 Parkcenter Av,    Dublin, OH 43017-7563
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:
```
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;IL84@ecfcbis.com;iprice@springerbrown.com
              Joseph P Doyle    on behalf of Debtor 1 David E. Salazar joe@fightbills.com,   courts@fightbills.com
              Joseph P Doyle    on behalf of Debtor 2 Natalie M. Salazar joe@fightbills.com,
               courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```